**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
A.M. et al.,

                Plaintiff,

                -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

-------------------------------------------------------------x

24-CV-6721 (JMF) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 12. Accordingly, it is ordered that:

- Plaintiff's motion for summary judgment will be due **Friday, January 31, 2025**;
- Defendant's opposition will be due **Friday, February 21, 2025**; and
- Plaintiff's reply will be due **Monday, March 3, 2025**.

**SO ORDERED.**

Dated: September 26, 2024
       New York, New York

                *s/ Ona T. Wang*
                **Ona T. Wang**
                United States Magistrate Judge